**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:22-cv-02215-CNS-MDB**

RYAN MEANY

       Plaintiffs,

vs.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD

       Defendant.

**PLAINTIFF'S STATUS REPORT AND NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff, Ryan Meany, by and through his undersigned counsel, and respectfully submits the following Status Report and Notice of Settlement.

1. The deadline for the Defendant to file the Administrative Record is tomorrow, May 5, 2023.

2. The parties have reached a settlement agreement in this matter, and anticipate the dismissal documents to be filed by no later than May 31, 2023.

3. Plaintiff therefore respectfully requests that this matter stayed to allow the parties to finalize the settlement process.

Respectfully submitted this 4th day of May, 2023.

SILVERN & BULGER, P.C.

*s/Thomas A. Bulger, Esq.*
_____
Thomas A. Bulger, Esq.
Counsel for Plaintiff
363 South Harlan Street, Suite 205
Lakewood, Colorado 80226
(303) 292-0044
Facsimile (303) 292-1466
Email: counsel@silvernbulger.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served this 4th day of May, 2023, via ECF, upon the following:

Thomas R. Hardy, Esq.
Dan J. Hofmeister, Esq.
Karen E. Vaysman, Esq.
Reed Smith LLP

*s/Teresa A. Neyman*_____
Teresa A. Neyman

2